# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

IN RE:
BURTON W. WIAND
RECEIVERSHIP CASES
PENDING IN THE TAMPA
DIVISION OF THE MIDDLE                 CASE NO.  8:06-CIV-605-T-17-MSS, et al.,
DISTRICT OF FLORIDA
_____/

## ORDER

    This cause is before the Court *sua sponte*. Accordingly, it is

    **ORDERED** that these casa, see attached list, be **referred** to the Honorable Mary Scriven for supervision and determination of all pretrial proceedings and motions pursuant to Local Rule 6.01 and 28 U.S.C. section 636. With respect to those matters or motions in which the magistrate judge is not authorized to enter a final order, Judge Scriven is directed to file a report and recommendation to the undersigned district judge.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 17th day of August, 2006.


ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:  All Parties and Counsel of Record

LIST OF CASES REFERRED

| | |
|---|---|
| 8:06-CV-605-T-17-MSS | WIAND V TERRY |
| 8:06-CV-608-T-17-MSS | WIAND V WORNHAM |
| 8:06-CV-612-T-17-MSS | WIAND V ISROFF |
| 8:06-CV-614-T-17-MSS | WIAND V DIMONT |
| 8:06-CV-615-T-17-MSS | WIAND V COTTAGE DEVELOPMENT LLC |
| 8:06-CV-618-T-17-MSS | WIAND V COURT STREET LLC |
| 8:06-CV-633-T-17-MSS | WIAND V SHAW |
| 8:06-CV-636-T-17-MSS | WIAND V TUCK |
| 8:06-CV-705-T-17-MSS | WIAND V WAXENBERG |
| 8:06-CV-837-T-17-MSS | WIAND V STEVENSON |
| 8:06-CV-1049-T-17-MSS | WIAND V BARATZ |
| 8:06-CV-1203-T-17-MSS | WIAND V ABIRI |